

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00583-CR

Samuel Alfredo **DORADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6651
Honorable Pat Priest[1], Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed:  April 1, 2015

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH

---

[1] Sitting by assignment.